# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DICKSON,<br>　　　　　Petitioner,<br>　v.<br>ALAN YOCHELSON,<br>　　　　　Respondent. | CASE NO. 2:19-CV-07111-DOC (SK)<br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed with prejudice.

DATED: October 15, 2019

_____
DAVID O. CARTER
U.S. DISTRICT JUDGE